```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  07/25/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SHYAMAL GHOSH,

                Plaintiff,

    -v-

NEW YORK CITY HOUSING AUTHORITY, et al.,

                Defendants.

-------------------------------------------------------------------X

25-cv-4509 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    Plaintiff's time to serve the individual defendants is extended for sixty days for good cause shown. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 22.

    SO ORDERED.

Dated: July 25, 2025
       New York, New York

                                          LEWIS J. LIMAN
                                   United States District Judge