UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHYAMAL GHOSH,

                         Plaintiff,

          -against-

NEW YORK CITY HOUSING AUTHORITY
("NYCHA"); KERRI JEW, Executive Vice President for
Administration; NICOLE VAN GENDT, Senior Vice
President of Human Resources; ABIODUN OLUWA,
Deputy Director of HA Civil Service; JAMIE MAFFEO,
Attorney, NYCHA Law Department; ALLISON
MCLEAN, Assistant Manager, Marcy Houses; KAREN
MOYE, Neighborhood Administrator; NICKCOLE
RIVERA, Property Manager; JUAN GORIS, Assistant
Property Manager; JOHN DOE, JANE DOE, and JOE
DOE,

                         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    3/18/2026__

25 Civ. 4509 (AT) (SDA)

**ORDER ADOPTING
REPORT AND
RECOMMENDATION**

ANALISA TORRES, District Judge:

By letter dated March 16, 2026, Plaintiff *pro se*, Shyamal Ghosh, requests "[a] copy of [the Hon. Stewart D. Aaron's report and recommendation] so that [Ghosh] may review the . . . [j]udge's findings," and an extension of time to file an amended complaint. *See* ECF No. 56; ECF No. 55 (order setting a deadline of April 2, 2026, for Ghosh to amend his complaint).

Although the Court appreciates that Ghosh states he was "out of New York and without access to my email during the relevant period," he is reminded that he nonetheless consented to receive electronic service in this case, and that in providing that consent, he certified that "[he] understand[s] that [he is] responsible for checking [his] email regularly for notices of electronic filings." *See* ECF No. 3. As a general matter, the Court will not excuse Ghosh's failure to regularly check his email during the pendency of this case absent good cause.

Ghosh's motion is GRANTED. A copy of Judge Aaron's report and recommendation has already been mailed to Ghosh at his address listed on the docket. *See* 3/17/2026 Mailing Receipt. By **April 17, 2026**, Ghosh shall file his amended complaint, if any.

          SO ORDERED.

Dated: March 18, 2026
          New York, New York

_____
          ANALISA TORRES
     United States District Judge